IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGH RIVERA MOREL, and JACQUELINE MARIE MEJIA,<br><br>Plaintiffs,<br><br>vs.<br><br>LOREN K. MILLER, Nebraska Service Center Director, U.S. Citizenship and Immigration Services; and UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services;<br><br>Defendants. | 4:23CV3182<br><br>ORDER OF DISMISSAL |

Plaintiff has filed a Notice of Voluntary Dismissal, Filing No. 12. Defendants have not filed an answer nor a motion for summary judgment but have entered an appearance in this action by filing an unopposed motion to stay, Filing No. 5 and a joint status report, Filing No. 7. The Court has confirmed that Defendants' counsel has no objection to dismissal of this case. Therefore, this case is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 6th day of June, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge